Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for: Multiple Putative John Does[1]

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOES 1 through 8,<br><br>    Defendants. | Case Number(s): [Multiple; see below]<br><br>**CORRECTED**<br>**JOHN DOES' NOTICE OF MOTION AND MOTION FOR SEVERANCE OF ALL DOES OTHER THAN DOE NO. 1**<br><br>3:12-cv-1054-LAB-WMC<br><br>Assigned to: Judge Larry Alan Burns<br>Referred to: Magistrate Judge William McCurine, Jr.<br><br>Hearing Date:   November 19, 2012<br>Hearing Time:   11:30 a.m.<br>Hearing Court:   Courtroom 9, 2nd Floor<br>                              Before Judge Burns |

---

[1] An identical copy of this pleading has been filed in each case indicated on this caption. A corrected list of clients appears on the signature block, below.

-i-

JOHN DOES' NOTICE OF MOTION AND
MOTION FOR SEVERANCE OF ALL DOES OTHER THAN DOE NO. 1

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOES 1 through 35,<br><br>    Defendants. | 3:12-cv-1135-LAB-DHB<br><br>Assigned to: Judge Larry Alan Burns<br>Referred to: Magistrate Judge David H. Bartick<br><br>Hearing Date:  November 19, 2012<br>Hearing Time:  11:30 a.m.<br>Hearing Court: Courtroom 9, 2nd Floor<br>                       Before Judge Burns |
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOES 1 through 5,<br><br>    Defendants. | 3:12-cv-1354-LAB-WVG<br><br>Assigned to: Judge Larry Alan Burns<br>Referred to: Magistrate Judge William V. Gallo<br><br>Hearing Date:  November 19, 2012<br>Hearing Time:  11:30 a.m.<br>Hearing Court: Courtroom 9, 2nd Floor<br>                       Before Judge Burns |
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOES 1 through 27,<br><br>    Defendants. | 3:12-cv-1356-LAB-DHB<br><br>Assigned to: Judge Larry Alan Burns<br>Referred to: Magistrate Judge David H. Bartick<br><br>Hearing Date:  TBD<br><br>Hearing Date:  November 19, 2012<br>Hearing Time:  11:30 a.m.<br>Hearing Court: Courtroom 9, 2nd Floor<br>                       Before Judge Burns |
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>JOHN DOE *et al.*,<br><br>    Defendants. | 3:2012-cv-1370-AJB-JMA<br><br>Assigned to: Judge Anthony J. Battaglia<br>Referred to: Magistrate Judge Jan M. Adler<br><br>Hearing Date:  TBD<br><br>[Possible transfer pending to Judge Burns] |

JOHN DOES' NOTICE OF MOTION AND
MOTION FOR SEVERANCE OF ALL DOES OTHER THAN DOE NO. 1

# NOTICE OF MOTION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL**

**PLEASE TAKE NOTICE** that the putative John Does represented by the undersigned, all of whom have previously received letters indicating that Malibu Media has sought to subpoena their identities from their ISPs ("**Moving Parties**"), by and through counsel, hereby move that the Court:

(1) ***Sever all of the John Does, other than John Does No. 1*** from the instant action, and from all related actions pending in this District, pursuant to Fed. R. Civ. Proc. 21. The Court should decide the permissive joinder issue now, sever all of the Does other than Doe No. 1, and dismiss the claims against the other Does without prejudice, on the following grounds:

(A) Defendants merely "committed the same type of violations in the same way" which is not enough to satisfy the transactional relatedness test. *E.g., Digital Sins, Inc. v. John Does 1-245*, S.D.N.Y. Case No. 11-cv-8170, Dkt. No. 18, 5/15/12, p. 3.

(B) Plaintiff's complaints allege that John Does accessed files on BitTorrent *months apart from one another*, and that plaintiffs who were supposed to be in the "same swarm" actually downloaded *different movies*. Thus, plaintiffs are not really part of the "same swarm," and therefore the downloads are not part of the same "transaction or occurrence." *E.g., Malibu Media v. John Does 1-10*, C.D. Cal. Case No. 12-cv-3623-ODW-PJW, docket no. 7, 6/27/12, p. 5.

(C) There are different "questions of law or fact" between the different Does in the same cases, because Does in the same action are alleged to have downloaded different copyrighted works, and each Doe has different factual scenarios and legal defenses, *see* Fed. R. Civ. Proc. 20(a)(2)(B).

(D) Even if joinder were permissible, the Court should still exercise its discretion and sever the Does in light of plaintiff's "abusive litigation tactics" and the burden on the Courts, the ISPs and the Does. *See Acevedo v. Allsup's Convenience Stores, Inc.*, 600 F.3d 516, 521-522 (5th Cir. 2010).

1  Further, the Moving Parties request that the Court quash all outstanding subpoenas
2  for all Does that it severs, per Fed. R. Civ. Proc. 45(c)(3). *In re: BitTorrent Adult Film
3  Copyright Infringement Cases,* 2012 U.S. Dist. LEXIS 61447 (E.D.N.Y. May 1, 2012)
4  Case No. CV-11-3995-DRH-GRB, Dkt. No. 39, pp. 23-25; *Digital Sins, Inc. v. John Does
5  1-245,* S.D.N.Y. Case No. 11-cv-8170, Dkt. No. 18, 5/15/12, p. 7 ("Because I have severed
6  and dismissed all of the claims against the defendants, I hereby, *sua sponte*, quash any
7  subpoena that may be outstanding to any Internet service provider seeking information
8  about the identity of any John Doe other than John Doe 1.  Plaintiff is directed to send a
9  copy of this order within 24 hours of its issuance to any and every internet service provider
10 who has been served with a subpoena for any information concerning any other John Doe
11 defendant.").

12 Moving Parties rely on this Notice of Motion, the concurrently filed Memorandum
13 of Points and Authorities; the Declaration of Morgan E. Pietz and supporting Exhibits,
14 Appendices 1 and 2, which are copies of PACER docket report for various Malibu Media
15 cases; the pleadings and records on file herein; and on such further evidence as the Court
16 may admit at any hearing on this matter, if any.

Respectfully submitted,

DATED: September 18, 2012

 /s/ Morgan E. Pietz

Morgan E. Pietz (Cal. Bar No. 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile:  (310) 546-5301

Attorney for:

    Putative John Doe No. B in Case No. 3:12-cv-1054
    Putative John Doe No. C in Case No. 3:12-cv-1054
    Putative John Doe No. D in Case No. 3:12-cv-1135
    Putative John Doe No. E in Case No. 3:12-cv-1135
    Putative John Doe No. F in Case No. 3:12-cv-1354
    Putative John Doe No. G in Case No. 3:12-cv-1356
    Putative John Doe No. I in Case No. 3:12-cv-1370

**JOHN DOES' NOTICE OF MOTION AND
MOTION FOR SEVERANCE OF ALL DOES OTHER THAN DOE NO. 1**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2012, the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the plaintiff Malibu Media, LLC, which is registered for electronic service.

Check if Applicable:

[ ]  Copies of these documents were also served via U.S. Mail, on this date, to the following parties, who are not registered for electronic service:

    N/A

DATED: September 18, 2012        THE PIETZ LAW FIRM

*/s/ Morgan E. Pietz*
Morgan E. Pietz
THE PIETZ LAW FIRM
Attorney for Putative John Doe(s)
E-mail: mpietz@pietzlawfirm.com